# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Human Resources Consulting, Inc. | ) | ASBCA No. 60815 |
| | ) | |
| Under Contract No. W91247-14-C-0001 | ) | |

APPEARANCES FOR THE APPELLANT:      Gunjan R. Talati, Esq.
                                    Daniel P. Broderick, Esq.
                                      Kilpatrick, Townsend & Stockton LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                      Army Chief Trial Attorney
                                    LTC Jose A. Cora, JA
                                      Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 June 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60815, Appeal of Human Resources Consulting, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals